UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6797-BRO (AS) | Date | December 26, 2013 |
|---|---|---|---|
| Title | Cornell Glass v. Carolyn Colvin | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:**         **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On September 26, 2013, pro se Plaintiff Cornell Glass filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361 (Docket Entry No. 3). Also on that date, the Court granted Plaintiff's Request to Proceed In Forma Pauperis (Docket Entry No. 2). On September 27, 2013, the Court issued an Order Re: Procedures in Social Security Case (Docket Entry No. 7). On November 13, 2013, the Court ordered Plaintiff to serve the Summons and Complaint on the Commissioner in accordance with Rule 4(i) of the Federal Rules of Civil Procedure ("Order Requiring Service") (Docket Entry No. 8). The Court further ordered Plaintiff to file a Proof of Service no later than December 13, 2013. (See Order Requiring Service 1.)

As of the date of this Order, Plaintiff has failed to file a Proof of Service or request an extension of time in which to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to obey Court orders and for his failure to prosecute. In lieu of a response to this Order, Plaintiff may file a Proof of Service complying with the Order Requiring Service. Plaintiff must file a response to this Order or a Proof of Service no later than January 9, 2014.

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is expressly warned that failure to file a timely response to this Order may result in a recommendation that this action be dismissed with prejudice for his failure to comply with Court orders and for his failure to prosecute.** See Fed. R. Civ. P. 41(b).

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |