UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORNELL GLASS, | ) | NO. CV 13-06797-BRO (AS) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: April 7, 2015.

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE